DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INESTIN PETIT-HOMME,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D22-1411, 4D22-1440

[August 18, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 98-1620CF10A.

Inestin Petit-Homme, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***